| | |
|---|---|
| Hillary Arrow Booth (SBN 125936)<br>hbooth@boothllp.com<br>Ian P. Culver (SBN 245106)<br>iculver@boothllp.com<br>BOOTH LLP<br>12100 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025<br>Telephone: (310) 641-1800<br>Facsimile: (310) 641-1818<br><br>Attorneys for Defendant<br>UPS GROUND FREIGHT, INC.<br>dba UPS FREIGHT | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>UPS GROUND FREIGHT, INC. dba UPS FREIGHT, a corporation,<br><br>Defendant. | Case No. 12-cv-06440-SI<br>Related Case: 13-cv-01088-SI<br><br>District Judge Susan Illston<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR TRANSFER**<br><br>[N.D. Cal. L.R. 3-14, 7-12]<br><br><br>Case Filed:    December 20, 2012<br>Trial Date:     None Set |

Defendant UPS Ground Freight, Inc. dba UPS Freight ("Defendant") and Plaintiff Indemnity Insurance Company of North America ("Plaintiff") jointly and through their counsel stipulate as follows:

**WHEREAS** Defendant has moved for an order dismissing or transferring these actions, the hearing on such motion to take place on June 21, 2013;

**WHEREAS** Plaintiff has filed an opposition to the above-referenced motion;

1

**JOINT STIPULATION AND [PROPOSED] ORDER FOR TRANSFER**

| | | |
|---|---|---|
| 1 | | **WHEREAS** Plaintiff contends there is a nexus with New Jersey because the Plaintiff's subrogee, GE, is headquartered in New Jersey, and Defendant does not dispute that contention; |

 

1    **WHEREAS** Plaintiff contends there is a nexus with New Jersey because the
2    Plaintiff's subrogee, GE, is headquartered in New Jersey, and Defendant does not dispute that
3    contention;
4    **WHEREAS** in the interest of economy and the convenience of witnesses,
5    Plaintiff and Defendant now desire that the case be transferred to the United States District Court
6    for the District of New Jersey – Newark,
7    **THEREFORE** the parties stipulate as follows:
8    1.   Case No. 12-cv-06440-SI and Related Case 13-cv-01088-SI are transferred from
9    the United States District Court for the Northern District of California to the United States District Court
10   for the District of New Jersey – Newark;
11   2.   Defendant's motion to dismiss/transfer is hereby withdrawn, and Defendant agrees not to
12   contest venue in the United States District Court for the District of New Jersey – Newark;
13   3.   The Clerk of the Court shall address and take the necessary actions pursuant to this Order
14   to effectuate the transfer of the entire case and case file in the matters entitled, Indemnity Insurance
15   Company of North America v. UPS Ground Freight, Inc. d/b/a UPS Freight, Civil Action No. 12-cv-6440
16   and the related case, Indemnity Ins. Co. v. UPS Ground Freight, Civil Action No. 13-cv-1088, from the
17   United States District Court for the Northern District of California to the United States District Court for
18   the District of New Jersey – Newark; and
19   4.   All further proceedings in this case and the related case are vacated and, upon successful
20   transfer, such cases are closed.
21
22   **IT IS SO STIPULATED.**
23
24   DATED: June 7, 2013                    BOOTH LLP
25
26                                          By: */s/ Hillary Arrow Booth*
27                                              Hillary Arrow Booth
                                                Ian P. Culver
28                                          Attorneys for Defendant

2
**JOINT STIPULATION AND [PROPOSED] ORDER FOR TRANSFER**

DATED: June 7, 2013                    GIBSON ROBB & LINDH LLP


                                       By: */s/ Joshua A. Southwick*
                                             G. Geoffrey Robb
                                             Joshua A. Southwick
                                       Attorneys for Plaintiff

                                       Mr. Southwick has authorized this filing.


**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 6/11/13                         _____
                                              United States District Judge